## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JUSTIN BUMANN,

              Petitioner,

     vs.

NEBRASKA MENTAL HEALTH
BOARD, MENTAL HEALTH BOARD
OF MADISON COUNTY, MATTHEW
HEADLEY, Public Counsel; and JOE
SMITH, County Attorney;

              Respondents.

**8:19CV552**


**MEMORANDUM
AND ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus (filing no. 1) and a Motion for Leave to Proceed in Forma Pauperis ("IFP") (filing no. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in his IFP motion, leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 19th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge