IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN BUMANN,<br><br>               Petitioner,<br><br>     vs.<br><br>TOM BARR, Hospital Administrator; and KRIS BOE SIMMONS, Clinical Program Manager;<br><br>               Respondents. | **8:19CV552**<br><br>**ORDER** |

       This matter is before the court on Respondents' Motion for a Court Order Authorizing Production of State Court Records. (Filing 10.) Upon consideration,

       IT IS ORDERED that:

       1.     Respondents' motion (filing 10) is granted.

       2.     For the limited purpose of this case, pursuant to Neb. Rev. Stat. § 71-961(1)(e), the Clerk of the District Court for Madison County shall disclose and produce to Respondents' counsel certified copies of all records from the Mental Health Board of the Seventh Judicial District relating to the case of *In The Interest of Justin T. Bumann, Alleged to be a Dangerous Sex Offender*, Case No. 22-45, so that Respondents may submit those records to this court during the course of the instant federal habeas corpus action. To the extent they exist, the scope of the records to be produced includes anything filed in the Madison County District Court deriving from any appeal of any order in *In The Interest of Justin T. Bumann, Alleged to be a Dangerous Sex Offender*, Case No. 22-45.

2

Dated this 22nd day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2