IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN BUMANN,

        Petitioner,

vs.

TOM BARR, Hospital Administrator; and KRIS BOE SIMMONS, Clinical Program Manager;

        Respondents.

8:19CV552

**ORDER**

    IT IS ORDERED that:

    1.    Respondents' Motion to Seal (filing 18) is granted. Respondents' Partial Designation of State Court Records (filing 19) shall be filed under seal.

    2.    Respondents' Motion to Restrict (filing 20) is granted. Respondents' Brief in Support of Motion for Summary Judgment (filing 21) shall be filed under restricted access.

    3.    Petitioner is advised that his brief in response to Respondents' Motion for Summary Judgment and Brief in Support is due on December 18, 2020.

    Dated this 20th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge